# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LOUISIANA-PACIFIC CORPORATION, ) ) Plaintiff, ) ) v. ) ) JAMES HARDIE BUILDING ) PRODUCTS, INC., ) ) Defendant. ) ) | No. 3:18-cv-00447-JPM |

## ORDER FOR TELEPHONIC MOTION HEARING

The cause is before the Court on Plaintiff Louisiana-Pacific Corporation's Motion for a Temporary Restraining Order and Preliminary Injunction. (ECF No. 17.) The Court has reviewed the motion and finds that a telephonic hearing on the motion is appropriate. The parties are ORDERED to appear telephonically for a motion hearing to be held at 9:30 a.m. on Thursday, June 14, 2018. A setting letter with additional details will follow this order.

**SO ORDERED**, this 13th day of June, 2018.

                                                    /s/ Jon P. McCalla
                                                  JON P. McCALLA
                                                  UNITED STATES DISTRICT JUDGE