*UNITED STATES DISTRICT COURT*
*MIDDLE DISTRICT OF TENNESSEE*
*AT NASHVILLE*
*Office of the Clerk*

*Keith Throckmorton, Clerk*
*801 Broadway, Room 800*
*Nashville, Tennessee 37203*
*(615) 736-5498*

---

## NOTICE OF SETTING
Before Judge Jon Phipps McCalla, United States District Judge

---

**June 13, 2018**

    RE:   **3:18-cv-00447-JPM**
              **Louisiana-Pacific Corp. v. James Hardie Building Products, Inc.**

**Dear Sir/Madam:**

A **TELEPHONIC MOTION HEARING** re: [17] *Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction* has been **SET** before **Judge Jon Phipps McCalla** on **THURSDAY, JUNE 14, 2018** at **9:30 A.M. (CDT)**.

**Please call 888-675-2535 to join the conference call. The access code is 7360481.**

If you have any questions, please contact the case manager at the telephone number or email address provided below.

                              Sincerely,
                              THOMAS M. GOULD, CLERK
                              BY:   *s/Joseph P. Warren*,
                                        Courtroom Deputy Supervisor
                                        Western District of Tennessee
                                        901-495-1242
                                        joseph_warren@tnwd.uscourts.gov