IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LOUISIANA-PACIFIC CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:18-cv-00447 |
| ) | |
| JAMES HARDIE BUILDING PRODUCTS, ) | JUDGE MCCALLA |
| INC., ) | |
| ) | JURY DEMAND |
| Defendant. ) | |

**PLAINTIFF'S NOTICE OF SERVICE OF THE COURT'S ORDER RE
EXPEDITED DISCOVERY AND MODIFIED BRIEFING SCEUDLE RE
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to the Court's June 12, 2018 Order Granting Motion for Expedited Discovery and Order Modifying Deadlines for Response and Reply to Motion for Preliminary Injunction ("Order") (Dkt. 16), Plaintiff Louisiana-Pacific Corporation served Defendant James Hardie Building Products, Inc. ("Hardie") with a copy of the Order on June 13, 2018. The Order was served on Maia T. Woodhouse of the law firm Adams and Reese LLP, who indicated that she will represent Hardie in the above-titled action.

Dated: June 13, 2018

Respectfully submitted,

/s/ Nicholas R. Valenti
Nicholas R. Valenti (TN BPR #35420)
Samuel F. Miller (TN BPR #22936)
Bahou Miller PLLC
Fifth Third Center – Suite 2000
424 Church Street

Nashville, TN 37219  
Telephone/Fax: (615) 988-9011  
Email: NValenti@bahoumiller.com  
SamMiller@bahoumiller.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 13th day of June 2018, a copy of the foregoing was served on counsel for Defendant listed below via email and will be served via U.S. Mail, postage prepaid, as soon as practicable.

>Maia T. Woodhouse
>Adams & Reese LLP
>424 Church Street, Suite 2700
>Nashville, Tennessee 37219
>maia.woodhouse@arlaw.com

/s/ Nicholas R. Valenti  
Nicholas R. Valenti