# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| LOUISIANA-PACIFIC CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:18-cv-00447 |
| JAMES HARDIE BUILDING PRODUCTS, INC., | ) JUDGE MCCALLA |
| | ) JURY DEMAND |
| Defendant. | ) |

## PLAINTIFF'S NOTICE OF SERVICE OF ITS MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND SUPPORTING DOCUMENTS

Plaintiff Louisiana-Pacific Corporation hereby provides notice that it served Defendant James Hardie Building Products, Inc. ("Hardie") with a copy of its Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 17) and Memorandum in support thereof (Dkt. 18) on June 13, 2018. The filings were served by hand on Maia T. Woodhouse of the law firm Adams and Reese LLP, who indicated that she will represent Hardie in the above-titled action.

Dated: June 13, 2018

Respectfully submitted,

/s/ Nicholas R. Valenti
Nicholas R. Valenti (TN BPR #35420)
Samuel F. Miller (TN BPR #22936)
Bahou Miller PLLC
Fifth Third Center – Suite 2000
424 Church Street
Nashville, TN 37219
Telephone/Fax: (615) 988-9011

Email: NValenti@bahoumiller.com
SamMiller@bahoumiller.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 13th day of June 2018, a copy of the foregoing was served on counsel for Defendant listed below via email and will be served via U.S. Mail, postage prepaid, as soon as practicable.

    Maia T. Woodhouse
    Adams & Reese LLP
    424 Church Street, Suite 2700
    Nashville, Tennessee 37219
    maia.woodhouse@arlaw.com

    /s/ Nicholas R. Valenti
    Nicholas R. Valenti