# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LOUISIANA-PACIFIC CORPORATION, ) <br> ) <br>     Plaintiff/Counter-Defendant, ) <br> ) <br> v. ) <br> ) <br> JAMES HARDIE BUILDING ) <br> PRODUCTS, INC., ) <br> ) <br>     Defendant/Counter-Plaintiff/Third- ) <br>     Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE KRUSE BROTHERS, INC., ) <br> ) <br>     Third-Party Defendant. ) | CIVIL ACTION NO. 3:18-cv-00447 <br><br> DISTRICT JUDGE JON P. McCALLA <br><br> JURY DEMAND |

___

## JOINT MOTION TO AMEND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
___

COME NOW Plaintiff/Counter-Defendant Louisiana-Pacific Corporation ("LP") and Defendant/Counter-Plaintiff James Hardie Building Products, Inc. ("JHBP"), and respectfully move the Court to amend the preliminary injunction briefing schedule. In light of the Court's scheduling the preliminary injunction hearing for August 1 and 2, 2018 (ECF No. 26), the moving parties jointly request that certain deadlines be moved to allow greater flexibility in taking expedited discovery for the parties and their counsel.

WHEREFORE, the moving parties respectfully request the Court extend and revise the briefing deadlines in the Order Granting Expedited Discovery and Order Modifying Deadlines for Response and Reply to Motion for Preliminary Injunction (ECF No. 16) as follows:

    1.    JHBP's response to LP's Motion for Preliminary Injunction (ECF No. 10) shall be filed on or before July 23, 2018.

2. LP's reply (if it chooses to file one) must be filed on or before July 27, 2018.

A proposed Order is being filed and submitted contemporaneously herewith.

Respectfully submitted,

MILLER LEGAL PARTNERS PLLC

/s/ Samuel F. Miller (*with permission*)
Samuel F. Miller, TN BPR No. 022936
Nicholas R. Valenti, TN BPR No. 035420
Miller Legal Partners PLLC
Fifth Third Center – Suite 2000
424 Church Street
Nashville, Tennessee 37219
Email: smiller@millerlegalpartners.com
      nvalenti@millerlegalpartners.com

*Counsel for Louisiana-Pacific Corporation*

ADAMS AND REESE LLP

/s/ Maia T. Woodhouse
Tony Swafford, TN BPR No. 017578
Maia T. Woodhouse, TN BPR No. 030438
Fifth Third Center
424 Church Street, Suite 2700
Nashville, Tennessee 37219
Tel: (615) 259-1450
Fax: (615) 259-1470
Email: tony.swafford@arlaw.com
      maia.woodhouse@arlaw.com

*Counsel for James Hardie Building Products, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of June 2018, the foregoing was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail, postage prepaid and/or Federal Express. Parties may access this filing through the Court's electronic filing system.

    Samuel F. Miller
    Nicholas R. Valenti
    Miller Legal Partners PLLC
    Fifth Third Center – Suite 2000
    424 Church Street
    Nashville, Tennessee 37219
    Email: smiller@millerlegalpartners.com
           nvalenti@millerlegalpartners.com

    The Kruse Brothers, Inc.
    c/o James G. Militello III, Registered Agent
    747 South Eastwood Drive
    Woodstock, Illinois 60098

                                          /s/ Maia T. Woodhouse
                                          Maia T. Woodhouse