# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LOUISIANA-PACIFIC CORPORATION, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | No. 3:18-cv-00447-JPM |
| v. ) | |
| ) | |
| JAMES HARDIE BUILDING ) | |
| PRODUCTS, INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff/Third- ) | |
| Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE KRUSE BROTHERS, INC., ) | |
| ) | |
| Third-Party Defendant. ) | |

## ORDER GRANTING JOINT MOTION TO AMEND BRIEFING SCHEDULE

Before the Court is the parties' Joint Motion to Amend Briefing Schedule. (ECF No. 32.) The Court has considered the motion and finds it well-taken. The motion is GRANTED. Defendant's Response to Plaintiff's Motion for Preliminary Injunction shall be due by July 23, 2018, and Plaintiff's Reply (if Plaintiff chooses to file one) shall be due by July 27, 2018.

**SO ORDERED**, this 21st day of June, 2018.

                                                            /s/ Jon P. McCalla
                                                            JON P. McCALLA
                                                            UNITED STATES DISTRICT JUDGE