# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| LOUISIANA-PACIFIC CORPORATION, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES HARDIE BUILDING PRODUCTS, ) <br> INC., ) <br> ) <br>     Defendant. ) <br> ) <br> and ) <br> ) <br> JAMES HARDIE BUILDING PRODUCTS, ) <br> INC., ) <br> ) <br>     Counter-Plaintiff/Third-Party ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LOUISIANA-PACIFIC CORPORATION ) <br> And THE KRUSE BROTHERS, INC., ) <br> ) <br>     Counter-Defendant and Third-Party ) <br>     Defendants. ) | CIVIL ACTION NO. 3:18-cv-00447 <br><br> JUDGE MCCALLA <br><br> JURY DEMAND |

**PLAINTIFF LOUISIANA-PACIFIC CORPORATION'S NOTICE TO THE COURT REGARDING SCHEDULING OF THE PRELIMINARY INJUNCTION HEARING**

Plaintiff Louisiana-Pacific Corporation hereby notifies the Court that Plaintiff and its counsel are able to accommodate advancing the pending hearing on Plaintiff's Motions for Preliminary Injunction from August 1-2, 2018 to July 30-31, 2018.

Respectfully submitted,

MILLER LEGAL PARTNERS PLLC

/s/ Samuel F. Miller
Samuel F. Miller, TN Bar No. 22936
Nicholas R. Valenti, TN Bar No. 35420
Fifth Third Center – Suite 2000
424 Church Street
Nashville, Tennessee 37219
Email: smiller@millerlegalpartners.com
nvalenti@millerlegalpartners.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July 2018, the foregoing document was served via ECF upon the following

Tony Swafford,
Maia T. Woodhouse,
ADAMS AND REESE LLP
Fifth Third Center
424 Church Street, Suite 2700
Nashville, Tennessee 37219
Tel: (615) 259-1450
Fax: (615) 259-1470
Email: tony.swafford@arlaw.com
maia.woodhouse@arlaw.com

/s/ Samuel F. Miller
Samuel F. Miller