UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE
Office of the Clerk

*Keith Throckmorton, Clerk*
*801 Broadway, Room 800*
*Nashville, Tennessee 37203*
*(615) 736-5498*

## NOTICE OF SETTING
### Before Judge Jon Phipps McCalla, United States District Judge

July 19, 2018

RE:  3:18-cv-00447-JPM
     **Louisiana-Pacific Corp. v. James Hardie Building Products, Inc.**

Dear Sir/Madam:

A **PRELIMINARY INJUNCTION HEARING** has been **ADVANCED** before **Judge Jon Phipps McCalla** to **MONDAY, JULY 30, 2018** at **9:30 A.M. in the US Courthouse in Nashville, Tennessee.** The hearing is estimated to last **2 days**.

The parties are instructed to have present any witnesses who will be needed for this hearing.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
THOMAS M. GOULD,
CLERK BY: *s/Jeff Sample*,
           Case Manager
           Western District of Tennessee
           901-495-1243
           jeffrey_sample@tnwd.uscourts.gov