IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| LOUISIANA-PACIFIC CORPORATION, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:18-cv-00447 |
| JAMES HARDIE BUILDING PRODUCTS, INC., | ) ) ) | JUDGE MCCALLA |
| Defendant. | ) ) | MAGISTRATE JUDGE HOLMES |
| and | ) ) | JURY DEMAND |
| JAMES HARDIE BUILDING PRODUCTS, INC., | ) ) ) ) | |
| Counter-Plaintiff/Third-Party Plaintiff, | ) ) ) | |
| v. | ) ) | |
| LOUISIANA-PACIFIC CORPORATION And THE KRUSE BROTHERS, INC., | ) ) ) | |
| Counter-Defendant and Third-Party Defendants. | ) ) | |

**PLAINTIFF'S WITNESS LIST FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Louisiana-Pacific Corporation ("LP") submits the following witness list for the hearing on the Motion for Preliminary Injunction:

| Witness | Will Call | May Call |
|---|---|---|
| Lance Olson | X | |

1

| Name | | |
|---|---|---|
| David Ritter | X | |
| Peter Laks | X | |
| Trinh Le | X | |
| Marcus Kuizenga | X | |
| Timothy Ross | | X |
| Warren Legner | X | |
| Eli Seggev | | X |
| Tom Mahony | | X |
| Jeffrey Stec | X | |

Respectfully submitted,

/s/ Samuel F. Miller
Samuel F. Miller, TN Bar No. 22936
Nicholas R. Valenti, TN Bar No. 35420
A. Grace Van Dyke James, TN Bar No. 35667
Steven Afton Wolfe, TN Bar No. 36623
Fifth Third Center – Suite 2000
424 Church Street
Nashville, Tennessee 37219
Phone: 615.988.9590
Facsimile: 615.988.9559
Email: smiller@millerlegalpartners.com
 nvalenti@millerlegalpartners.com
 gjames@millerlegalpartners.com
 swolfe@millerlegalpartners.com

*Counsel for Plaintiff, Louisiana-Pacific Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of July 2018, the foregoing was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system:

Tony Swafford
Rocky King
Maia T. Woodhouse
ADAMS & REESE LLP
Fifth Third Center
424 Church Street, Suite 2700
Nashville, Tennessee 37219
Tel: (615) 259-1450
Fax: (615) 259-1470
Email: tony.swafford@arlaw.com
rocky.king@arlaw.com
maia.woodhouse@arlaw.com

Brian T. Boyd
William M. Leech III
LAW OFFICE OF BRIAN T. BOYD
750 Old Hickory Blvd., Bldg., 2, Suite 150
Brentwood, Tennessee 37027
Tel: (615) 371-6119
Fax: (615) 523-2595
Email: brian@boydlegal.co
will@boydlegal.co

Adam Massey
ADAMS & REESE LLP
LyondellBasell Tower
1221 McKinney, Suite 4400
Houston, TX 77010
Tel: 713.652.5151
Email: adam.massey@arlaw.com

Tara L. Swafford
THE SWAFFORD LAW FIRM, PLLC
207 Third Avenue North
Franklin, Tennessee 37064
Tel: (615) 599-8406
Fax: (615) 807-2355
Email: tara@swaffordlawfirm.com

/s/ Samuel F. Miller
Samuel F. Miller