| Tab | Bates Number (First) | Bates Number (Full Range of Document(s)) | Document Description | Plaintiff Exhibit Number | Defendant Exhibit Number | Stipulated Authenticity | Stipulated Admissibility | Objection (Party Objecting) | Hearing Exhibit Number |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | LP's Responses to JH's First Set of Expedited Requests for Admission | | | | | | |
| 2 | | | Amended Notice of Rule 30(b)(6) Deposition to Plaintiff (Olson Dep. Ex. 1) | | | | | | |
| 3 | | | Technical Bulletin No. 015 (ECF 28-10; Olson Dep. Ex. 3) | | | | | | |
| 4 | LP770 | LP771 | 2016.06.21 Email (Olson Dep. Ex. 4) | | | | | | |
| 5 | LP767 | LP769 | 2017.11.01 Email (Olson Dep. Ex. 5) | | | | | | |
| 6 | LP1036 | LP1038 | 2018.05.10 (Olson Dep. Ex. 6) | | | | | | |
| 7 | LP940 | LP941 | 2016.02.24 Email (Olson Dep. Ex. 9) | | | | | | |
| 8 | LP379 | LP379 | 2017.07.18 Email (Olson Dep. Ex. 10) | | | | | | |
| 9 | LP2232 | LP2242 | 2009.06.26 Email with Termite Testing (Olson Dep. Exs. 11, 16) | | | | | | |
| 10 | LP2267 | LP2276 | 2010.07.26 Termite Testing (Olson Dep. Exs. 12, 21) | | | | | | |
| 11 | | | LP's Supplemental Responses to First Set of Interrogatories (Olson Dep. Ex. 13) | | | | | | |
| 12 | | | SmartSide Warranty (ECF No. 28-11; Olson Dep. Ex. 14) | | | | | | |
| 13 | LP2230 | LP2231 | 2009.06.26 Cover Letter for Termite Testing (Olson Dep. Ex. 15) | | | | | | |
| 14 | LP2235 | LP2242 | 2009.06.03 Termite Testing (Olson Dep. Ex. 17; included Ex. 11, 16) | | | | | | |
| 15 | LP2233 | LP2234 | 2009.06.26 Cover Letter for Termite Testing (Olson Dep. Ex. 18) | | | | | | |
| 16 | LP2247 | LP2254 | (Olson Dep. Ex. 19) | | | | | | |
| 17 | LP2257 | LP2265 | (Olson Dep. Ex. 20) | | | | | | |
| 18 | | | SmartSide Application Instructions, Series 76 and 120 (Olson Dep. 24) | | | | | | |
| 19 | | | SmartSide Application Instructions, Series 38 and 76 (Olson Dep. Ex. 25) | | | | | | |
| 20 | LP672 | LP673 | LP Comparative Moisture Project Initiation (Olson Dep. Ex. 26) | | | | | | |
| 21 | LP910 | LP910 | 2017.02.21 Email (Olson Dep. Ex. 27) | | | | | | |
| 22 | LP523 | LP523 | 2018.04.12 Email (Le Dep. Ex. 30) | | | | | | |

| | | | |
|---|---|---|---|
| 23 | LP2406 | LP2406 | Hanley Wood Spreadsheet (Le Dep. Ex. 31) |
| 24 | | | NoWoodIsGood.com printouts (Le Dep Ex. 32) |
| 25 | LP0000001 | LP0000001 | 2017.03.03 Email (Le Dep. Ex. 33) |
| 26 | LP3049 | LP3053 | 2014.05.02 Email |
| 27 | LP2993 | LP2996 | 2016.02.18 Email |
| 28 | LP2997 | LP3001 | Highlighted Application Instructions |
| 29 | LP2983 | LP2987 | 2016.02.18 Email |
| 30 | LP3049 | LP3053 | 2014.05.02 Email |
| 31 | LP3054 | LP3055 | ZB Treatment Technical Note |
| 32 | LP3112 | LP3113 | 2016.05.06 Email |
| 33 | LP3114 | LP3115 | Draft Technical Bulletin No. 15 |
| 34 | LP3117 | LP3118 | 2016.05.02 Email |
| 35 | LP3119 | LP3119 | Draft Technical Bulletin No. 15 |
| 36 | LP3007 | LP3009 | 2016.05.06 Email |
| 37 | LP3010 | LP3011 | Draft Technical Bulletin No. 15 |
| 38 | LP3108 | LP3111 | 2016.05.06 Email |
| 39 | LP3101 | LP3103 | 2016.05.06 Email |
| 40 | LP3104 | LP3104 | Draft Technical Bulletin No. 015 |
| 41 | LP3125 | LP3128 | ASTM Standard Test Method |
| 42 | LP2847 | LP2853 | 2015.04.15 Termite Testing |
| 43 | LP2837 | LP2837 | Termite Testing Excel Spreadsheet |
| 44 | LP3130 | LP3149 | 2016.07.20 Termite Testing |
| 45 | LP3129 | LP3129 | Termite Testing Excel Spreadsheet |
| 46 | LP3150 | LP3169 | 2017.02.20 Termite Testing |
| 47 | LP2903 | LP2923 | 2018.08.14 Termite Testing |
| 48 | LP3170 | LP3170 | Termite Testing Excel Spreadsheet |
| 49 | LP2827 | LP2835 | 2014.01.20 Termite Testing |
| 50 | LP2826 | LP2826 | Termite Testing Excel Spreadsheet |
| 51 | LP2925 | LP2933 | 2014.10.21 Termite Testing |
| 52 | LP2924 | LP2924 | Termite Testing Excel Spreadsheet |
| 53 | LP2838 | LP2846 | 2015.04.15 Termite Testing |
| 54 | LP2836 | LP2836 | Termite Testing Excel Spreadsheet |
| 55 | LP2856 | LP2866 | 2015.07.27 Termite Testing |
| 56 | LP2854 | LP2854 | Termite Testing Excel Spreadsheet |
| 57 | LP2867 | LP2877 | 2015.12.08 Termite Testing |
| 58 | LP2855 | LP2855 | Termite Testing Excel Spreadsheet |
| 59 | LP2879 | LP2889 | 2016.07.20 Termite Testing |
| 60 | LP2878 | LP2878 | Termite Testing Excel Spreadsheet |
| 61 | LP2890 | LP2900 | 2017.02.20 Termite Testing |
| 62 | LP2901 | LP2901 | Termite Testing Excel Spreadsheet |
| 63 | LP2934 | LP2944 | 2017.08.14 Termite Testing |
| 64 | LP2902 | LP2902 | Termite Testing Excel Spreadsheet |
| 65 | LP2410 | LP2411 | LP SmartSide Explainer Video Script Draft |
| 66 | LP2256 | LP2256 | Termite Testing Excel Spreadsheet |
| 67 | LP2230 | LP2231 | 2009.06.26 Termite Testing Cover Letter |
| 68 | LP2232 | LP2232 | 2009.06.26 Email with Termite Testing |
| 69 | LP2233 | LP2234 | 2009.06.26 Termite Testing Cover Letter |
| 70 | LP2235 | LP2242 | Ground Proximity Test |
| 71 | LP2243 | LP2243 | Termite Testing Excel Spreadsheet |
| 72 | LP2244 | LP2245 | Maunawili Climate |

| # | From | To | Description |
|---|---|---|---|
| 73 | LP2246 | LP2246 | Vcard |
| 74 | LP2247 | LP2254 | Ground Proximity Termite Test |
| 75 | LP2266 | LP2266 | Termite Testing Excel Spreadsheet |
| 76 | LP2255 | LP2255 | Termite Testing Excel Spreadsheet |
| 77 | LP2257 | LP2265 | 2009.12.15 Termite Testing |
| 78 | LP2267 | LP2276 | 2010.07.26 Termite Testing |
| 79 | LP642 | LP645 | 2018.05.14 Email |
| 80 | LP575 | LP575 | Engineered Wood v. Fiber Cement Ad |
| 81 | LP576 | LP576 | LP v. Hardie Warranty Comparison |
| 82 | LP2057 | LP2059 | 2018.04.27 Email |
| 83 | LP2060 | LP2061 | LP Siding Monthly Digest |
| 84 | LP527 | LP529 | 2018.06.22 Email |
| 85 | LP384 | LP685 | 2018.05.10 Email |
| 86 | LP386 | LP386 | LP v. Fiber Cement Comparison Ad |
| 87 | LP387 | LP388 | LP SmartGuard Advertisement |
| 88 | LP2006 | LP2010 | 2018.05.15 Email |
| 89 | LP2011 | LP2014 | SmartSide Brief |
| 90 | LP2025 | LP2025 | 2018.05.10 Email |
| 91 | LP2026 | LP2026 | Redacted |
| 92 | LP2027 | LP2027 | Redacted |
| 93 | LP1334 | LP1335 | 2018.01.29 Email |
| 94 | LP1336 | LP1395 | LP Product Guide & Specifications |
| 95 | LP1396 | LP1396 | LP SmartSide Advantages Ad |
| 96 | LP2000 | LP2000 | 2018.05.10 Email |
| 97 | LP2001 | LP2001 | LP v. Fiber Cement Comparison Ad |
| 98 | LP2002 | LP2002 | LP Smartside v. Hardie Warranty Comparison Sheet |
| 99 | LP1397 | LP1401 | 2016.09.08 Email |
| 100 | LP670 | LP671 | 2017.08.25 Email |
| 101 | LP390 | LP390 | 2017.05.30 Email |
| 102 | LP391 | LP391 | Technical Bulletin No. 015 |
| 103 | LP381 | LP382 | 2016.04.18 Email |
| 104 | LP383 | LP383 | Zinc Borate Bulletin 2015 |
| 105 | LP379 | LP379 | 2017.07.18 Email |
| 106 | LP380 | LP380 | Technical Bulletin No. 015 |
| 107 | LP299 | LP304 | 2018.06.14 Email |
| 108 | LP2413 | LP2413 | Photograph of Siding Samples |
| 109 | LP1551 | LP1558 | 2017.05.05 Email |
| 110 | LP1559 | LP1561 | LBM Journal SmartSide Interview Q&A |
| 111 | LP858 | LP859 | 2017.01.23 Email |
| 112 | LP910 | LP910 | 2017.02.21 Email |
| 113 | LP911 | LP915 | SmartSide Application Instructions 120 Series |
| 114 | LP916 | LP916 | Photograph of Improperly Installed Siding |
| 115 | LP2462 | LP2464 | 2018.04.30 Email |
| 116 | LP161 | LP164 | 2018.04.17 Email |
| 117 | LP165 | LP176 | LP SmartSide Trim & Fascia Application Instructions |
| 118 | LP177 | LP179 | LP SmartSide Warranty |
| 119 | LP672 | LP673 | Moisture Testing Project Initiation 2017.02.16 |
| 120 | LP1766 | LP1766 | 2018.02.18 Email |
| 121 | LP1767 | LP1795 | LP SmartSide Qualitative Research Report |

*Louisiana-Pacific Corp. v. James Hardie Building Products, Inc.*
Civil Action No. 3:18-cv-00447 - James Hardie Building Products Inc.'s Exhibit List

| # | Begin Bates | End Bates | Description |
|---|---|---|---|
| 122 | LP1745 | LP1746 | 2018.04.12 Email |
| 123 | LP1747 | LP1747 | Deutsche Bank Survey - Siding Choice |
| 124 | LP577 | LP605 | LP SmartSide Qualitative Research Report |
| 125 | LP1058 | LP1059 | 2017.10.30 Email |
| 126 | LP1060 | LP1675 | Ciprus Siding Market Research 2018.10.25 |
| 127 | LP962 | LP964 | 2018.06.28 Email |
| 128 | LP2410 | LP2411 | LP SmartSide Explainer Video Script Draft |
| 129 | LP1055 | LP1056 | 2018.06.15 Email |
| 130 | LP2412 | LP2412 | March 2016 SmartSide Product Overview Draft |
| 131 | LP517 | LP517 | 2018.04.12 Email |
| 132 | LP2390 | LP2390 | 2018.05.11 Email |
| 133 | LP2391 | LP2394 | Transition for Brand Manager |
| 134 | LP3014 | LP3017 | 2016.05.06 Email |
| 135 | LP1330 | LP1330 | 2018.05.03 Email |
| 136 | LP2415 | LP2415 | 2018.06.20 Email |
| 137 | | | "Did You Know? The LP SmartSide Warranty Beats Hardie's by 20 Years" (ECF No. 104-1) |
| 138 | LP3101 | LP3103 | 2016.05.06 Email (Woodhouse Decl. Ex. 2, ECF No. 99-1) |
| 139 | LP3125 | LP3125 | ASTM Standard Test Method (Woodhouse Decl. Ex. 3, ECF No. 104-3) |
| 140 | LP2903 | LP2923 | 2017.08.14 Termite Testing (Woodhouse Decl. Ex. 4, ECF No. 99-2) |
| 141 | LP3170 | LP3170 | Termite Testing (PDF) (Woodhouse Decl. Ex. 5, ECF No. 99-3) |
| 142 | | | LP SmartSide Webpage (ECF No. 104-6) |
| 143 | | | Ross Declaration and Exhibits (ECF No. 102, 102-1, 102-3) |
| 144 | | | Seggev Report and Exhibits (ECF No. 103, 103-1) |
| 145 | | | Declaration of Tom Mahony (ECF No. 100, ECF No. 105) |
| 146 | JH_016064 | JH_016067 | Native Images (Mahony Decl. Ex. 1, ECF No. 105-1) |
| 147 | JH_011134 | JH_011139 | 2018.06.13 Email Chain & photos (Mahony Decl. Ex. 2, ECF No. 100-1) |
| 148 | JH_016063 | JH_016067 | 2015.04.29 Email Chain (Mahony Decl. Ex. 2, ECF No. 100-1) |
| 149 | | | Declaration of Chris Southall (ECF No. 101, ECF No. 106) |
| 150 | JH_016185 | JH_016185 | Dufrene Invoice (Southall Decl. Ex. 1, ECF No. 101-1) |
| 151 | JH_011194 | JH_011194 | Native Image (Southall Decl. Ex. 2, ECF No. 106-2) |
| 152 | JH_008337 | JH_008339 | Email dated 4/9/18 |
| 153 | JH_011767 | JH_011768 | 2017.11.09 Email |
| 154 | JH_008259 | JH_008264 | 2018.04.06 Email |
| 155 | JH_015887 | JH_015909 | Termite Resistance Report |
| 156 | JH_015962 | JH_015989 | Engineered for Climate Report |
| 157 | JH_015948 | JH_015961 | Competitor Climate Chamber |

| # | Begin | End | Description | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 158 | JH_015924 | JH_015947 | Technical Assessment Report | | | | | | |
| 159 | JH_015915 | JH_015923 | Test Report | | | | | | |
| 160 | JH_016022 | JH_016022 | LP Swelling Results Excel Spreadsheet | | | | | | |
| 161 | JH_016016 | JH_016021 | Ward Chamber Results | | | | | | |
| 162 | JH_016023 | JH_016046 | LP SmartSide Assessment | | | | | | |
| 163 | JH_016058 | JH_016058 | Native Image | | | | | | |
| 164 | JH_016172 | JH_016172 | Native Image | | | | | | |
| 165 | | | Kuizenga Declaration (ECF No. 25) | | | | | | |
| 166 | | | Kuizenga Declaration Exhibit A (ECF No. 25-1) | | | | | | |
| 167 | | | Kuizenga Declaration Exhibit B (ECF No. 25-2) | | | | | | |
| 168 | | | Kuizenga Declaration Exhibit C (ECF No. 25-3) | | | | | | |
| 169 | | | Kuizenga Declaration Exhibit D (ECF No. 25-4) | | | | | | |
| 170 | | | Kuizenga Declaration Exhibit E (ECF No. 25-5) | | | | | | |
| 171 | | | Exhibit P33 to 30(b)(6) Deposition of James Hardie Building Products, Inc. | | | | | | |
| | | | James Hardie reserves the right to use any exhibit identified on Plaintiff or any other party's exhibit list. | | | | | | |
| | | | James Hardie further reserves the right to supplement this list or counter-designate exhibits before the hearing. | | | | | | |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of July 2018, the foregoing Exhibit List was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

>Samuel F. Miller, TN Bar No. 22936
>Nicholas R. Valenti, TN Bar No. 35420
>A. Grace Van Dyke James, TN Bar No. 35667
>Steven Afton Wolfe, TN Bar No. 36623
>Fifth Third Center – Suite 2000
>424 Church Street
>Nashville, Tennessee 37219
>Phone: 615.988.9590
>Facsimile: 615.988.9559
>Email: smiller@millerlegalpartners.com
>nvalenti@millerlegalpartners.com
>gjames@millerlegalpartners.com
>swolfe@millerlegalpartners.com
>
>Brian T. Boyd
>William M. Leech, III
>LAW OFFICE OF BRIAN T. BOYD
>750 Old Hickory Blvd., Bldg. 2, Ste. 150
>Brentwood, TN 37027
>Email: brian@boydlegal.co
>　　　 will@boydlegal.co

/s/ Maia T. Wooodhouse
Maia T. Woodhouse