# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LOUISIANA-PACIFIC CORPORATION,          )<br>                                                                           )<br>       Plaintiff/Counter-Defendant,        )<br>                                                                           )<br>v.                                                                      )<br>                                                                           )<br>JAMES HARDIE BUILDING                      )<br>PRODUCTS INC.,                                        )<br>                                                                           )<br>       Defendant/Counter-Plaintiff/Third-  )<br>       Party Plaintiff,                                       )<br>                                                                           )<br>v.                                                                      )<br>                                                                           )<br>THE KRUSE BROTHERS, INC.,                )<br>                                                                           )<br>       Third-Party Defendant.                    )  | CIVIL ACTION NO. 3:18-cv-00447<br><br>DISTRICT JUDGE JON P. McCALLA<br><br>JURY DEMAND |

## JAMES HARDIE BUILDING PRODUCTS INC.'S PRELIMINARY WITNESS LIST

Defendant James Hardie Building Products Inc. serves its preliminary witness list. Defendant James Hardie reserves the right to examine any witness identified on Plaintiff's Witness List, including cross examination.

| Witness | Will Call | May Call |
|---|---|---|
| Marcus Kuizenga | X | |
| Tim Ross | X | |
| Dr. Eli Seggev | X | |
| Warren Legner | | X |
| Tom Mahony | X | |
| Chris Southall | | X |
| Lance Olson | X | |
| Trinh Le | X | |

1

Respectfully submitted,

**ADAMS AND REESE LLP**

/s/ Rocklan W. King III
Thomas Anthony Swafford, TN BPR No. 017578
Maia T. Woodhouse, TN BPR No. 030438
Rocklan W. King III, TN BPR No. 030643
Fifth Third Center
424 Church Street, Suite 2700
Nashville, Tennessee 37219
Tel: (615) 259-1450
Fax: (615) 259-1470
Email: tony.swafford@arlaw.com
maia.woodhouse@arlaw.com
rocky.king@arlaw.com

Adam F. Massey (*admitted pro hac vice*)
Adams and Reese, LLP
1221 McKinney Street, Suite 4400
Houston, Texas 77010
Tel: (713) 308-0113
Fax: (713) 308.4053
Email: adam.massey@arlaw.com

Tara L. Swafford, TN BPR No. 017577
The Swafford Law Firm, PLLC
207 Third Avenue North
Franklin, Tennessee 37064
Tel: (615) 599-8406
Fax: (615) 807-2355
Email: tara@swaffordlawfirm.com

*Counsel for James Hardie Building Products, Inc.*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 26th day of July 2018, the foregoing was served on the following via electronic mail.

Samuel F. Miller
Nicholas R. Valenti
Miller Legal Partners PLLC
Fifth Third Center – Suite 2000
424 Church Street
Nashville, Tennessee 37219
Email: smiller@millerlegalpartners.com
nvalenti@millerlegalpartners.com

Brian T. Boyd
William M. Leech, III
LAW OFFICE OF BRIAN T. BOYD
750 Old Hickory Blvd., Bldg. 2, Ste. 150
Brentwood, TN 37027
Email: brian@boydlegal.co
will@boydlegal.co

*/s/ Rocklan W. King III*
Rocklan W. King III

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of July 2018, the foregoing Witness List was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

    Samuel F. Miller, TN Bar No. 22936
    Nicholas R. Valenti, TN Bar No. 35420
    A. Grace Van Dyke James, TN Bar No. 35667
    Steven Afton Wolfe, TN Bar No. 36623
    Fifth Third Center – Suite 2000
    424 Church Street
    Nashville, Tennessee 37219
    Phone: 615.988.9590
    Facsimile: 615.988.9559
    Email: smiller@millerlegalpartners.com
    nvalenti@millerlegalpartners.com
    gjames@millerlegalpartners.com
    swolfe@millerlegalpartners.com

    Brian T. Boyd
    William M. Leech, III
    LAW OFFICE OF BRIAN T. BOYD
    750 Old Hickory Blvd., Bldg. 2, Ste. 150
    Brentwood, TN 37027
    Email: brian@boydlegal.co
           will@boydlegal.co

                                        /s/ Maia T. Wooodhouse
                                        Maia T. Woodhouse