*UNITED STATES DISTRICT COURT*
*MIDDLE DISTRICT OF TENNESSEE*
*AT NASHVILLE*
*Office of the Clerk*

*Keith Throckmorton, Clerk*
*801 Broadway, Room 800*
*Nashville, Tennessee 37203*
*(615) 736-5498*

---

# NOTICE OF SETTING

### Before Judge Jon Phipps McCalla, United States District Judge

---

**August 3, 2018**

RE: **3:18-cv-00447-JPM**
    **Louisiana-Pacific v. James Hardie Building Products, Inc. v. The Kruse Brothers, Inc.**

**Dear Sir/Madam:**

A **PRELIMINARY INJUNCTION HEARING** which was held on MONDAY, JULY 30, 2018 and TUESDAY, JULY 31, 2018 before **Judge Jon Phipps McCalla WILL RESUME** on **MONDAY, AUGUST 13, 2018** at **9:30 A.M.** in the **Estes Kefauver Federal Building & Courthouse** in **Nashville, Tennessee.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
THOMAS M. GOULD, CLERK
BY:    *s/Joseph P. Warren,*
       Courtroom Deputy Supervisor
       Western District of Tennessee
       901-495-1242
       joseph_warren@tnwd.uscourts.gov