UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE
Office of the Clerk

*Keith Throckmorton, Clerk*
*801 Broadway, Room 800*
*Nashville, Tennessee 37203*
*(615) 736-5498*

# NOTICE OF SETTING
### Before Judge Jon Phipps McCalla, United States District Judge

**August 3, 2018**

RE:  3:18-cv-00447-JPM
Louisiana-Pacific v. James Hardie Building Products, Inc. v. The Kruse Brothers, Inc.

**Dear Sir/Madam:**

A **PRELIMINARY INJUNCTION HEARING re: [65]** *Defendant James Hardie Building Products, Inc.'s Sealed Motion for Preliminary Injunction* has been **SET** before **Judge Jon Phipps McCalla** on **MONDAY, SEPTEMBER 17, 2018** at **9:30 A.M.** in the **Estes Kefauver Federal Building & Courthouse** in **Nashville, Tennessee.**

The parties are instructed to have present any witnesses who will be needed for this hearing.  The hearing is estimated to last **2 days**.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
THOMAS M. GOULD, CLERK
BY:  *s/Joseph P. Warren*,
Courtroom Deputy Supervisor
Western District of Tennessee
901-495-1242
joseph_warren@tnwd.uscourts.gov