# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | TENNESSEE |
|---|---|---|

Louisiana-Pacific Corp

V.

James Hardie Building Products, Inc

## EXHIBIT AND WITNESS LIST

Case Number: 3:18-cv-0447

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jon Phipps McCalla | Samuel Miller et al | Thomas Swafford et al |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/30/2018 | Debbie Watson | Ann Frantz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 7/30/2018 |  |  | WIT: Warren Legner |
| 1 |  |  | X | X | 2017.10.23 JH vs LP Finalize Nature Pres. (P Tab 48) **SEALED** |
| 2 |  |  | X | X | 2017.04.04 FY18 LP Campaign-Strategic Dir. (P Tab 63) **SEALED** |
| 3 |  |  | X | X | 2017.05.01 Email w LP Comm. Plan Pres. (P Tab 68) **SEALED** |
| 4 |  |  | X | X | NWIG Handout (P Tab 12) |
| 5 |  |  | X | X | NWIG Brochure (P Tab 10) |
| 6 |  |  |  |  | NWIG Handout (P Tab 11) - WITHDRAWN |
| 7 |  |  | X | X | JH Stand at Parade of Homes (P Tab 13) |
| 8 |  |  | X | X | NWIG Website (P Tab 3) |
| 9 |  |  | X | X | NWIG Website (P Tab 6) |
| 10 |  |  | X | X | New NWIG Website (P Tab 33) |
| 11 |  |  | X | X | Pro Remodeler April (P Tab 40) |
| 12 |  |  | X | X | 2017.11.21 Email w Red Responses to Images in Campaign (P Tab 120) **SEALED** |
| 13 |  |  | X | X | Pro Remodeler May (P Tab 7) |
| 14 |  |  | X | X | Pro Remodeler June (P Tab 8) |
| 15 |  |  |  |  | Handout re JH Siding Outperforms (P Tab 9) - WITHDRAWN |
| 16 |  |  | X | X | 2018.04.18 NWI Material (Brochure) (P Tab 57) |
| 17 |  |  | X | X | 2018.03.29 NWIG Material (Website) (P Tab 58) |
| 18 |  |  | X | X | 2018.04.20 Email w Texas Material (P Tab 59) |
| 19 |  |  | X | X | 2018.03.29 WL Email re Campaign based on LP (P Tab 21) |
| 20 |  |  | X | X | 2018.05.17 JH vs. LP Analytics Presentation (P Tab 54) |
| 21 |  |  | X | X | May NWIG Tracking Results (P Tab 240) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 4 Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | Louisiana-Pacific Corp | | vs. | James Hardie Building Products | CASE NO. 3:18-cv-0447 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 22 | | 7/30/2018 | X | X | June NWIG Tracking Results (P Tab 241) |
| 23 | | | X | X | 2017.09.19 Email w JH vs. Wood Value Prop. (P Tab 38) |
| 24 | | | X | X | Image of Hole without Woodpecker (P Tab 27) |
| 25 | | | X | X | Image of Siding (P Tab 29) |
| 26 | | | X | X | Image of Hole without Woodpecker (P Tab 43) |
| 27 | | | X | X | Image of Hole without Woodpecker (P Tab 44) |
| 28 | | | X | X | 2018.04.16 Email re Bucking & Inner Seal (P Tab 23) |
| 29 | | | X | X | 2017.05.15 Email re LP work to group (P Tab 101) |
| 30 | | | X | X | 2017.11.09 Email re Woodpecker Damage (P Tab 74) |
| | | | | | WIT: Tim Ross |
| 31 | | | X | X | Exhibits to Declaration of Tim Ross (P Tab 245) |
| | | | | | WIT: Chris Southall |
| 32 | | | ID | ID | Declaration of Southall (P Tab 244) |
| 33 | | | X | X | Picture of gaps in siding of a house (P Tab 244) |
| 34 | | | X | X | 2018.05.16 Email re Buckling from Installation (P Tab 61) |
| 35 | | | X | X | Public Docs from Louisiana Lawsuit (P Tab 236) |
| 36 | | | X | X | 2018.06.14 Email re Confirm LP is the Manufacturer (P Tab 80) |
| 37 | | | X | X | 2018.06.13 Email re Buckling is LP Inner Seal Siding (P Tab 138) |
| | 38 | | X | X | Invoice - Defrene Building Materials dated 8/22/16 (D Tab 150) |
| | | | | | WIT: Tom Mahony |
| 39 | | | X | X | 2015.04.19 Email re Woodpecker (P Tab 28) |
| 40 | | | X | X | 2015.04.29 Email re Woodpecker (P Tab 46) |
| | 41 | | X | X | Photographs attached to Declaration of Tom Mahony (ECF No. 100, ECF No. 105) (D Tab 145) |
| | 42 | | X | X | 2018.06.13 Email Chain & photos (Mahony Decl. Ex. 2, ECF No. 100-1) (D Tab 147) |
| | | | | | WIT: Lance Olson |
| 43 | | | X | X | Sample of siding product |
| 44 | | | X | X | Display of LP siding |

|  | | vs. | | | CASE NO. |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|  |  | 7/30/2018 |  |  |  |
| 45 |  |  | X | X | James Hardy Siding Plank (1 piece of 3) |
| 46 |  |  | X | X | LP Prorated 50-Year Limited Warranty (P Tab 18) |
| 47 |  |  | X | X | LP SmartSide (Trim & Siding) Application Instructions (P Tab 87) |
| 48 |  |  | X | X | Kuizenga Dec. - Exhibit E - LP Installation Instructions (P Tab 90) |
| 49 |  |  | X | X | Kuizenga Dec. - Exhibit B - LP Technical Bulletin No. 15 (P Tab 89) |
|  | 50 |  | X | X | 2016.02.24 Email w Zinc Borate, What Is It Good For Article (P Tab 153) |
|  | 51 |  | X | X | 2016.05.02 Email (D Tab 34) |
|  | 52 |  | X | X | 2016.05.06 Email (D Tab 38) |
|  | 53 |  | X | X | 2016.06.21 Email re Woodpecker Explanation (P Tab 151) |
|  | 54 |  | ID | ID | 2018.05.10 Email re Wookpeckers (P Tab 150) |
|  | 55 | 7/31/2018 | X | X | Zinc Borate Bulletin 2015 (D Tab104) |
|  |  |  |  |  | WIT:  David Ritter |
|  |  |  |  |  | WIT:  Peter Laks |
| 56 |  |  | X | X | Curriculum Vitae of Peter E. Laks |
| 57 |  |  | X | X | Termite Evaluation (P Tab 66)  **SEALED** |
| 58 |  |  | X | X | 2010.06.26 Letter with LP's Hawaii Termite Test Results (P Tab 168) |
| 59 |  |  | X | X | Testing Data - Interum Report on termite resistance (P Tab 214) (NEEDS to substituted) |
| 60 |  |  | X | X | Testing Data - Interum Report describing results of field termite testing (P Tab 201) |
| 61 |  |  | X | X | Testing Data - Interum Report on a field termite exposure (P Tab 211) |
|  |  |  |  |  | WIT:  Trinh Le |
| 62 |  |  | X | X | Brochure re "Beauty of Wood. Made Better." (P Tab 86) |
|  |  |  |  |  | WIT:  Marcus Kuizenga |
| 63 |  |  | X | X | 2017.11.08 Email from David Melmeth re woodpecker damage on wood siding (P Tab 117) |
| 64 |  |  | X | X | 2018.04.18 NWI Material (Brochure) (P Tab 57) |
|  | 65 |  | X | X | LP V. Hardie Warranty Corporation Warranty Comparison  (D Tab 81) |
|  | 66 |  | X | X | LP SmartSide Assessment (D Tab 162) |

Page 3 of 4 Pages

Case 3:18-cv-00447   Document 164   Filed 08/13/18   Page 3 of 4 PageID #: 6465

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Louisiana-Pacific Corp vs. James Hardie Building Products, Inc — CASE NO. 3:18-cv-0447 |
| | | 8/13/2018 | | | WIT: Eli Seggev |
| | 67 | | X | X | CV - Dr. Eli Seggev (ECF No. 103) (Exhibt 1, D Tab 144) |
| | 68 | | X | | Seggev Report and Exhibits (ECF No. 103, 103-1) (D Tab 144) (Marked for identification only) |
| 69 | | | X | X | Reference Guide on Survey Research |
| 70 | | | X | | Raw Data Spreadsheet (Marked for identification only) |
| 71 | | | X | | Demonstrative Exhibit - Image with hole, no hole (Marked for identification only) |
| 72 | | | X | | Opinion (Marked for identification only) |
| | | | | | WIT: Jeffrey Stec |
| 73 | | | X | X | CV - Dr. Jeffrey Sec |
| 74 | | | X | | Rebuttal Expert Report of Dr. Jefery Stec and Exhibits (P Tab 252) (Marked for identification only) |

Page 4 of 4 Pages