IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| LOUISIANA-PACIFIC CORPORATION, ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | No. 3:18-cv-00447-JPM |
| v. ) | |
| JAMES HARDIE BUILDING ) PRODUCTS, INC., ) | |
| Defendant/Counter-Plaintiff/Third- ) Party Plaintiff, ) | |
| v. ) | |
| THE KRUSE BROTHERS, INC., ) | |
| Third-Party Defendant. ) | |

**AMENDED SCHEDULING ORDER REGARDING JAMES HARDIE BUILDING PRODUCTS, INC.'S MOTION FOR PRELIMINARY INJUNCTION**

The cause was before the Court for a telephonic status conference on August 14, 2018, to discuss The Kruse Brothers, Inc.'s Motion to Continue Hearing Until October 1 and Adopt Kruse Brothers' Briefing Schedule (ECF No. 151). Pursuant to the discussion during the conference, the following dates are established as deadlines for:

**COMPLETING ALL DISCOVERY:** September 10, 2018

(a) **SUBMITTING ALL WRITTEN DISCOVERY:** August 20, 2018 (responses due within 10 days of receipt)

(b) **FACT WITNESS DEPOSITIONS:** (4 depositions per side; 8 total): September 10, 2018

**EXPERT WITNESS DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(2):** September 10, 2018

**BRIEFS IN RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION:**
September 16, 2018

**REPLY BRIEF:** September 20, 2018

      The Preliminary Injunction Hearing will be held on **September 24, 2018**, beginning at **9:00 a.m.** in the Nashville Federal Building in a courtroom to be announced later, and to continue to September 25, 2018, if necessary.

**SO ORDERED**, this 15th day of August, 2018.

                                            /s/ Jon P. McCalla
                                            JON P. McCALLA
                                            UNITED STATES DISTRICT JUDGE

Page 2

Case 3:18-cv-00447   Document 168   Filed 08/15/18   Page 2 of 2 PageID #: 6462