IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **LOUISIANA-PACIFIC CORPORATION,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:18-cv-00447 |
| | ) |
| **JAMES HARDIE BUILDING PRODUCTS,** | ) JUDGE MCCALLA |
| **INC.,** | ) |
| | ) MAGISTRATE JUDGE HOLMES |
| Defendant/Counter-Plaintiff/ | ) |
| Third-Party Plaintiff. | ) |
| | ) JURY DEMAND |
| v. | ) |
| | ) |
| **THE KRUSE BROTHERS, INC.,** | ) |
| | ) |
| Third-Party Defendant. | ) |

## NOTICE OF APPEAL

Plaintiff Louisiana-Pacific Corporation ("LP") hereby gives notice of its appeal to the Untied States Court of Appeals for the Sixth Circuit from all portions adverse to LP in the Order Granting in Part and Denying in Part LP's Motion for Preliminary Injunction entered in this action on August 17, 2018 (Dkts. 170 and 171).

Respectfully submitted,

/s/ Samuel F. Miller
Samuel F. Miller (BPR No. 022936)
Nicholas R. Valenti (BPR No. 035420)
A. Grace Van Dyke James (BPR No. 035667)
MILLER LEGAL PARTNERS PLLC
Fifth Third Center – Suite 2000
424 Church Street
Nashville, TN 37219
Telephone/Fax: (615) 988.9011
Email: Smiller@millerlegalpartners.com

1

Nvalenti@millerlegalpartners.com
Gjames@millerlegalpartners.com

*Attorneys for Plaintiff Louisiana-Pacific Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August 2018, the foregoing document was served via the Court's ECF system upon the following:

| | |
|---|---|
| Tony Swafford<br>Rocky King<br>Maia T. Woodhouse<br>ADAMS & REESE LLP<br>Fifth Third Center<br>424 Church Street, Suite 2700<br>Nashville, Tennessee 37219<br>Email: tony.swafford@arlaw.com<br>      rocky.king@arlaw.com<br>      maia.woodhouse@arlaw.com | Brian T. Boyd<br>William M. Leech III<br>LAW OFFICE OF BRIAN T. BOYD<br>750 Old Hickory Blvd., Bldg., 2, Suite 150<br>Brentwood, Tennessee 37027<br>Email: brian@boydlegal.co<br>      will@boydlegal.co |
| Adam Massey<br>ADAMS & REESE LLP<br>LyondellBasell Tower<br>1221 McKinney, Suite 4400<br>Houston, TX 77010<br>Email: adam.massey@arlaw.com | Tara L. Swafford<br>THE SWAFFORD LAW FIRM, PLLC<br>207 Third Avenue North<br>Franklin, Tennessee 37064<br>Email: tara@swaffordlawfirm.com |

                                      /s/ Samuel F. Miller