# **Exhibit 2**



**Attorneys at Law**
Alabama
Florida
Georgia
Louisiana
Mississippi
South Carolina
**Tennessee**
Texas
Washington, DC

Rocklan W. King III
Direct: 615.259.1041
E-Fax: 615.871.1529
rocky.king@arlaw.com

August 29, 2018

Via Electronic Mail (smiller@millerlegalpartners.com)

Samuel Miller
Miller Legal Partners PLLC
Fifth Third Center, Suite 200
424 Church Street
Nashville, Tennessee 37219

Re: LP vs. James Hardie, *et al.*, Civil Action No. 3:18-cv-00447, United States District Court for the Middle District of Tennessee

Dear Mr. Miller,

On August 28, 2018, you put us on notice that LP intends to notice James Hardie's expert, Delwyn Kubeldis, for a deposition on September 10, 2018 in Nashville. As you are well aware, Judge McCalla decided during our discovery conference on August 14, 2018 that there would be no depositions of experts.

To that end, the Amended Scheduling Order (DE 168) provides for four depositions per side of fact witnesses only. Accordingly, James Hardie will oppose any effort to take the deposition of Mr. Kubeldis prior to the preliminary injunction hearing on September 24-25, 2018, as he is an expert witness in this matter. We, thus, ask that you withdraw the notice of deposition for Mr. Kubeldis. Additionally, Mr. Kubeldis is not a James Hardie employee, but rather is an expert witness for this matter. Thus, even if the Court permitted the deposition to occur, it would need to be conducted where Mr. Kubeldis resides.

Sincerely,

ADAMS AND REESE LLP

Rocklan W. King III

cc: Samuel Miller
A. Grace Van Dyke James
Brian T. Boyd
William M. Leech, III
Thomas Anthony Swafford
Tara Swafford
Maia T. Woodhouse
Adam F. Massey