IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LOUISIANA-PACIFIC CORPORATION,) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES HARDIE BUILDING ) <br> PRODUCTS, INC., ) <br> ) <br>     Defendant. ) <br> ) <br> and ) <br> ) <br> JAMES HARDIE BUILDING ) <br> PRODUCTS, INC., ) <br> ) <br>     Counter-Plaintiff/Third-Party ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LOUISIANA-PACIFIC CORPORATION) <br> And THE KRUSE BROTHERS, INC., ) <br> ) <br>     Counter-Defendant and ) <br>     Third-Party Defendants. ) | NO. 3:18-cv-00447 <br> JUDGE MCCALLA <br> MAGISTRATE JUDGE HOLMES <br> JURY DEMAND |

**MOTION TO SEAL THE KRUSE BROTHERS, INC.'S RESPONSE TO
JAMES HARDIE BUILDING PRODUCTS, INC.'S
MOTION FOR PRELIMINARY INJUNCTION**

The Kruse Brothers, Inc., by and through undersigned counsel, respectfully moves this Honorable Court to file its Response to James Hardie's Motion for Preliminary Injunction, and accompanying Exhibits, under seal as it contains information marked "Attorney's Eyes Only" and "Confidential" throughout. For grounds, movant would show that the party seeking to file documents under seal must provide a compelling reason for doing so. The Stipulated Protective

Order requires a party receiving documents designated as confidential to keep those documents confidential, and to the extent any such document or information derived from those documents is filed with the Court, to file it in compliance with Section 5.07 of the Administrative Practices and Procedures for Electronic Case Filing for the United States District Court for the Middle District of Tennessee. (Dkt. 54). The Response and accompanying exhibits contain confidential information throughout. Accordingly, The Kruse Brothers, Inc. hereby requests permission to file the unredacted Motion and Exhibits under seal. Filed contemporaneously herewith is the unredacted Response of Kruse Brothers to James Hardie's Motion for Preliminary Injunction and the accompanying exhibits.

    Respectfully submitted,

/s/ *Brian T. Boyd*
Brian T. Boyd (#023521)
William M. Leech, III (#30515)
**LAW OFFICE OF BRIAN T. BOYD**
214 Overlook Cir., Suite 275
Brentwood, TN 37027
(615) 861-1936; Facsimile (615) 523-2595
brian@boydlegal.co; will@boydlegal.co
*Counsel for Third-Party Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of September 2018, the foregoing document was served via the Court's ECF notification system to:

Thomas Anthony Swafford
Maia T. Woodhouse
Rocklan W. King III
ADAMS AND REESE LLP
Fifth Third Center — Suite 2700
424 Church Street
Nashville, Tennessee 37219
tony.swafford@arlaw.com
maia.woodhouse@arlaw.com
rocky.king@arlaw.com
*Counsel for James Hardie Building Products, Inc.*

Samuel F. Miller
Nicholas R. Valenti
A. Grace Van Dyke
MILLER LEGAL PARTNERS, PLLC
Fifth Third Center — Suite 2000
424 Church Street
Nashville, Tennessee 37129
smiller@millerlegalpartners.com
nvalenti@millerlegalpartners.com
gjames@millerlegalpartners.com
*Counsel for Plaintiff, Louisiana-Pacific Corporation*

Adam Frazer Massey
ADAMS AND REESE, LLP
1221 McKinney Street, Suite 4400
Houston, TX 77010-2023
adam.massey@arlaw.com
*Counsel for James Hardie Building Products, Inc.*

Tara L. Swafford
THE SWAFFORD LAW FIRM, PLLC
207 Third Avenue North
Franklin, TN 37064
tara@swaffordlawfirm.com
*Counsel for James Hardie Building Products, Inc.*

　　　　　　　　　　　　　　　*/s/ Brian T. Boyd*
　　　　　　　　　　　　　　　Brian T. Boyd