# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| LOUISIANA-PACIFIC CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:18-cv-00447 |
| ) | |
| JAMES HARDIE BUILDING PRODUCTS, ) | JUDGE MCCALLA |
| INC., ) | |
| ) | MAGISTRATE JUDGE HOLMES |
| Defendant/Counter-Plaintiff/ ) | |
| Third-Party Plaintiff. ) | |
| ) | JURY DEMAND |
| v. ) | |
| ) | |
| THE KRUSE BROTHERS, INC., ) | |
| ) | |
| Third-Party Defendant. ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Fed. R. Civ. P 15(a)(2), LR 15.01, and the Court's Amended Case Management Order (Dkt. 326), Louisiana-Pacific Corporation ("LP") moves for leave to amend its Complaint and Answer to James Hardie Building Products, Inc. ("Hardie's") Counter-Complaint. The proposed Amended Complaint and Amended Answer are attached hereto as <u>Exhibits 1</u> and <u>2</u> respectively.

LP is timely filing this motion by the November 1, 2018 deadline set by the Court. (Dkt. 326). Counsel for the parties have conferred pursuant to LR 15.01(a)(2). Neither Hardie nor The Kruse Brothers, Inc. oppose this motion.

As set forth in the supporting memorandum filed simultaneously herewith, justice requires that this Motion be granted because the amendment of LP's Complaint and Answer is necessitated

1

by facts discovered during the course of expedited discovery for LP and Hardie's preliminary injunction motions.

WHEREFORE, LP respectfully requests leave to file the Amended Complaint and Amended Answer attached hereto as <u>Exhibits 1</u> and <u>2</u>, respectively.

Respectfully submitted,

<u>/s/ Samuel F. Miller</u>
Samuel F. Miller (BPR No. 022936)
Nicholas R. Valenti (BPR No. 035420)
A. Grace Van Dyke James (BPR No. 035667)
MILLER LEGAL PARTNERS PLLC
Fifth Third Center – Suite 2000
424 Church Street
Nashville, TN 37219
Telephone/Fax: (615) 988.9011
Email: Smiller@millerlegalpartners.com
       Nvalenti@millerlegalpartners.com
       Gjames@millerlegalpartners.com

*Attorneys for Plaintiff Louisiana-Pacific Corporation*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of November 2018, the foregoing document was served via email upon the following:

Tony Swafford
Rocky King
Maia T. Woodhouse
ADAMS & REESE LLP
Fifth Third Center
424 Church Street, Suite 2700
Nashville, Tennessee 37219
Tel: (615) 259-1450
Fax: (615) 259-1470
Email: tony.swafford@arlaw.com
        rocky.king@arlaw.com
        maia.woodhouse@arlaw.com

Adam Massey
ADAMS & REESE LLP
LyondellBasell Tower
1221 McKinney, Suite 4400
Houston, TX 77010
Tel: 713.652.5151
Email: adam.massey@arlaw.com

Brian T. Boyd
William M. Leech III
LAW OFFICE OF BRIAN T. BOYD
750 Old Hickory Blvd., Bldg., 2, Suite 150
Brentwood, Tennessee 37027
Tel: (615) 371-6119
Fax: (615) 523-2595
Email: brian@boydlegal.co
        will@boydlegal.co

Tara L. Swafford
THE SWAFFORD LAW FIRM, PLLC
207 Third Avenue North
Franklin, Tennessee 37064
Tel: (615) 599-8406
Fax: (615) 807-2355
Email: tara@swaffordlawfirm.com

      /s/ Samuel F. Miller
      Samuel F. Miller