# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LOUISIANA-PACIFIC CORPORATION, ) ) *Plaintiff/Counter-Defendant*, ) ) v. ) ) JAMES HARDIE BUILDING ) PRODUCTS, INC., ) ) *Defendant/Counter-Plaintiff/Third-* ) *Party Plaintiff*, ) ) v. ) ) THE KRUSE BROTHERS, INC., ) ) *Third-Party Defendant*. ) | Civil Action No. 3:18-cv-00447 District Judge Jon P. McCalla Magistrate Judge Barbara D. Holmes Jury Demand |

## AGREED ORDER

This matter came before the Court upon Defendant James Hardie Building Products, Inc.'s Motion to Compel filed against Plaintiff Louisiana-Pacific Corporation (D.E. 354). Upon announcement to this Court, James Hardie and Louisiana-Pacific have resolved the issues identified in James Hardie's Motion to Compel and as evidenced by the signatures to this Agreed Order, the parties jointly agree to the submission of this Agreed Order, upon the following terms:

1. Plaintiff Louisiana-Pacific shall conduct searches for the terms: wasp!, moth!, pest!, carpenter ant!, and carpenter bee! on the email accounts for the custodians already searched for other documents in the case and will produce non-privileged, responsive document generated from these searches on or before February 15, 2019.

2. All remaining in issues in James Hardie's Motion to Compel (D.E. 354) are withdrawn.

3. Neither party shall be awarded its fees and/or expenses incurred with the Motion to Compel (D.E. 354).

It is so ORDERED.

Barbara D. Holmes
United States Magistrate Judge

Respectfully submitted this 22nd day of February 2019,

*/s/ Rocklan W. King III*
Thomas Anthony Swafford, TN BPR No. 017578
Maia T. Woodhouse, TN BPR No. 030438
Rocklan W. King III, TN BPR No. 030643
Adams and Reese, LLP
Fifth Third Center
424 Church Street, Suite 2700
Nashville, Tennessee 37219
Tel: (615) 259-1450
Fax: (615) 259-1470
Email: tony.swafford@arlaw.com
      maia.woodhouse@arlaw.com
      rocky.king@arlaw.com

Adam F. Massey (*admitted pro hac vice*)
Adams and Reese, LLP
1221 McKinney Street, Suite 4400
Houston, Texas 77010
Tel: (713) 308-0113
Fax: (713) 308.4053
Email: adam.massey@arlaw.com

Tara L. Swafford, TN BPR No. 017577
The Swafford Law Firm, PLLC
207 Third Avenue North
Franklin, Tennessee 37064
Tel: (615) 599-8406
Fax: (615) 807-2355
Email: tara@swaffordlawfirm.com

*Counsel for James Hardie Building Products, Inc.*

*/s/ Samuel F. Miller*
Samuel F. Miller
Nicholas R. Valenti
A. Grace Van Dyke James
Miller Legal Partners PLLC
Fifth Third Center – Suite 2000
424 Church Street
Nashville, Tennessee 37219
Email: smiller@millerlegalpartners.com
      nvalenti@millerlegalpartners.com
      gjames@millerlegalpartners.com

*Counsel for Louisiana-Pacific Corporation*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 22nd day of February 2019, the foregoing was electronically filed. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt, including counsel listed below. Parties may access this filing through the court's electronic filing system.

> Samuel F. Miller
> Nicholas R. Valenti
> A. Grace Van Dyke James
> Miller Legal Partners PLLC
> Fifth Third Center – Suite 2000
> 424 Church Street
> Nashville, Tennessee 37219
> Email: smiller@millerlegalpartners.com
> nvalenti@millerlegalpartners.com
> gjames@millerlegalpartners.com
>
> Brian T. Boyd
> Bennett J. Wills
> LAW OFFICE OF BRIAN T. BOYD
> 750 Old Hickory Blvd., Bldg. 2, Ste. 150
> Brentwood, TN 37027
> Email: brian@boydlegal.co
> bennett@boydlegal.co

> */s/ Rocklan W. King III*
> Rocklan W. King III